**United States Bankruptcy Court**
**Central District Of California**

| In re: Computer Giants Incorporated | CHAPTER NO.: 7 |
|---|---|
| | CASE NO.: 8:08−bk−18470 |

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 15 days from filing of your petition:

☑ Corporate Resolution Authorizing Filing of Petition required for Chapter 7 and 11. [Local Rule 1002−1(g)]

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above you must file the original and the following number of copies [Local Bankruptcy Rule 1002−1]:

    Chapter 7    1 Original and 1 Copy

**Please return the original or copy of this form with all required items to the following location:**

    411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

If you have any questions, please contact the below−referenced Deputy Clerk:

Dated: <u>December 22, 2008</u>

**JON D. CERETTO, CLERK OF COURT**

**By: <u>Rosemary Ambriz</u>**
**Deputy Clerk**

CCDN − Revised 03/24/2008    **1 / AMB**