

Form B6G
(10/05)

In re    **Computer Giants, Incorporated**                                                Case No. _____
                                                                                    Debtor

## SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Dell Financial Services**<br>**4307 Collection Center Dr.**<br>**Chicago, IL 60693** | **Computer & Networking equipment** |
| **Kellogg Family, LLC**<br>**14740 Cody Lane**<br>**Saratoga, CA 95070** | **Lease of approx. 8,566 sq. ft. portion of 13,900 square ft. bldg. located at 16634 Millikan Avenue, Irvine, CA for a term of 1 year and 8 months commencing 4/1/08. Base rent $8,994.00 per month plus common area operating expenses.** |
| **Marlin Leasing**<br>**300 Fellowship Rd.**<br>**Mount Laurel, NJ 08054** | **Account No. 001-0384083-001**<br>**Network Equipment Lease from vendor Netsuite Software. Lease commenced 07/31/06 for 48 months, monthly payment $2,256.06.**<br><br>**Equipment Includes: 1 12 Month NetSuite Wholesale Distributing License, 40 Additional General Access User for NetSuite, 1 NetCare Gold Customer Support, 1 Advanced Analysis Access, 1 NetCommerce Analysis Module, 1 Bandwith, Intregration & Netstore and 1 Implementation & Training.** |
| **Sombra Properties**<br>**28 Hammond**<br>**Ste. F**<br>**Irvine, CA 92618** | **Lease of commercial property located at Unit B, 1030 Calle Sombra, San Clemente, CA 92673 for a term of 3 years commencing 3/1/08 requiring monthly rent of $5,650.00.** |

__0__    continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

Form B6H
(10/05)

In re   **Computer Giants, Incorporated**                           Case No. _____

                                        Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

  **0**   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6-Declaration. (10/06)

# United States Bankruptcy Court
## Central District of California

In re   **Computer Giants, Incorporated**

Debtor(s)

Case No.

Chapter   **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**58**__ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **December 12, 2008**

Signature   **/s/ Ryan Ramos**
            **Ryan Ramos**
            **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Official Form 7
(04/07)

# United States Bankruptcy Court
## Central District of California

In re  **Computer Giants, Incorporated**

Debtor(s)

Case No.

Chapter  **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$-600,000.00** | **2007 Profit Loss of approximately $600,000.00** |
| **$-560,000.00** | **2006 Profit Loss of approximately 560,000** |

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                     SOURCE

2

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

   a.   *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

   b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Pinnacle Technology<br>2721 Oregon St.<br>Lawrence, KS 66046 | 08/06/08 | $5,900.00 | $0.00 |
| Intelligent Data<br>275 Hillside Avenue<br>Williston Park, NY 11596 | 08/07/08 - amount remaining is unknown | $8,114.00 | $0.00 |
| Applied Computer Online Services<br>2901 Moorpark Ave.<br>No. 100<br>San Jose, CA 95128 | 08/07/08<br>amount remaining is unknown | $5,913.00 | $0.00 |
| Cybertech<br>298 Tennessee Street,<br>Redlands, CA 92373 | 08/07-<br>Amount remaining is unknown | $5,396.19 | $0.00 |
| American Express<br>P.O. Box 360002<br>Fort Lauderdale, FL 33336 | 08/08/08=<br>Amount remaining is unknown | $7,569.00 | $0.00 |
| American Express<br>P.O. Box 7871<br>Fort Lauderdale, FL 33329 | 08/11/08<br>Amount remaining is unknown | $7,305.00 | $0.00 |
| Board of Equalization<br>P.O. Box 8022<br>Sacramento, CA 94279 | 08/14/08<br>Amount remaining is unknown | $6,171.00 | $0.00 |
| Ingram Micro<br>1600 E. St. Andrew Place<br>P.O. Box 25125<br>Santa Ana, CA 92799 | 08/14/08<br>Amount Remaining is unknown | $7,000.00 | $0.00 |
| ESISO<br>260 West Arrow Hwy<br>Ste. F<br>San Dimas, CA 91773 | 08/18/08<br>Amount Remaining unknown | $5,000.00 | $0.00 |
| Microland Electronics<br>1883 Ringwood Ave.<br>San Jose, CA 95131 | 08/19/08<br>Amount Remaining Unknown | $13,000.00 | $0.00 |

3

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Citibank<br>P.O. Box 6500<br>Sioux Falls, SD 57117 | 08/01/08<br>automated loan payment<br>amount remaining<br>unknown | $6,454.89 | $0.00 |
| Sundar Krishnamurty<br>11107 Slater Ave<br>Fountain Valley, CA | 08/04/08<br>Amount remaining is<br>unknown | $5,775.00 | $0.00 |

None ■  c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| ESISO, Inc. v. Computer Giants, Inc. & DOES 1-10, Case No. 30-2008-00112699 | Civil Unlimited | Orange County Superior Court, Central District, 700 Civic Center Drive W, Santa Ana, CA 92702 | Pending |
| Dean Cohen, Individually & DBA Computer Giants, Inc., Ryan Ramos, Individually & DBA Computer Giants, Inc. v. Sombra Properties, L.P. | Unlawful Detainer | Orange County Superior Court, Harbor Justice Center, 23141 Moulton Pkwy, Laguna Hills, CA 92653 | pending |

None ■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

4

**6. Assignments and receiverships**

None
■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not

4

### 6. Assignments and receiverships

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Offices of Jack Utter 2020 Main St. Ste. 900 Irvine, CA 92614** | **September 2008** | **5,000.00** |

### 10. Other transfers

None
■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

5

None
■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled
trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or
otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other
financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds,
cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13
must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is
filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year**
immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or
depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the
commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None
■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None
■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor
occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate
address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None
■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California,
Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding
the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the
debtor in the community property state.

NAME

6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Computer Giants, Inc.** | **11-3482159** | **1030 Calle Sombra Unit B San Clemente, CA 92673** | **Computer Resale** | **April 1999 - September 2008** |

7

None
■
   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                   ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐
   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                   DATES SERVICES RENDERED
**Baac Office**
**59 Broadway Ave.**
**St Catharines, ON L2N 7P8**
**Canada**

**Nicholas M. Fernandez, CPA**
**14 Penn Plaza, Ste. 2209**
**New York, NY 10122**

**Michael Borbidge**
**6138 Clearview Ave.**
**Bensalem, PA 19020**

**Fiech, Piacente & Stano, LLP**
**Certified Public Accountants**
**199 Main Street,**
**White Plains, NY 10601**

**Sundar Krishnamurthy**
**11107 Slater Ave**
**Fountain Valley, CA 92708**

None
■
   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                               ADDRESS                           DATES SERVICES RENDERED

None
■
   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                      ADDRESS

None
■
   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                          DATE ISSUED

### 20. Inventories

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| **August 2008** | **Juan Eninco** | **274,422.06 - cost valuation** |

None ☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **August 2008** | **Ryan Ramos**<br>**1030 Calle Sombra**<br>**Unit B**<br>**San Clemente, CA 92673** |

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Ryan S. Ramos**<br>**c/o Law Office of Jack Utter**<br>**2020 Main St.**<br>**Ste. 900**<br>**Irvine, CA 92614** | **President** | **40 shares, 28%** |
| **Dean C. Soukeras**<br>**1626 Rhode Ave.**<br>**Merrick, NY 11566** | **Board Member** | **40 shares, 28%**<br>**Resigned as Officer on January 2008** |
| **Dean A. Cohen**<br>**26871 La Amameda**<br>**No. 932**<br>**Mission Viejo, CA 92691** | **shareholder** | **40 shares, 28%**<br>**Resigned as Director and Officer in September of 2008** |
| **Vivian Chung** | **minority shareholder** | **7.0588 shares, 5.33 %** |
| **Justin Briggs** | **minority shareholder** | **7.0588 shares, 5.33 %** |
| **Robert Chee** | **minority shareholder** | **7.0588 shares, 5.33 %** |

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

9

None ☐  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Dean Soukcras**<br>**1626 Rhode Ave.**<br>**Merrick, NY 11566** | **Secretary** | **Resigned January 2008** |
| **Dean Cohen** | **Director** | **Resigned on Sept 19th 2008** |
| **David Griggs** | | **Removed January 18, 2008 as Board Member and Officer** |

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                  TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ■  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                  TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **December 12, 2008**                Signature  **/s/ Ryan Ramos**
                                                        **Ryan Ramos**
                                                        **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)                     1998 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re | Case No.: |
|---|---|
| **Computer Giants, Incorporated**<br><br>Debtor. | **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** |

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **5,000.00** |
| Balance Due | $ | **0.00** |

2. $ **0.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following services

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 12, 2008**
*Date*

/s/ Jack Utter
**Jack Utter 92066**
*Signature of Attorney*
**Law Offices of Jack Utter**
*Name of Law Firm*
**2020 Main Street**
**Ste. 900**
**Irvine, CA 92614-8203**
**(949) 955-9136  Fax: (949) 955-0306**

---

| Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar No. | FOR COURT USE ONLY |
|---|---|
| **Jack Utter**<br>**2020 Main Street**<br>**Ste. 900**<br>**Irvine, CA 92614-8203**<br>**(949) 955-9136 Fax: (949) 955-0306**<br>California State Bar No.: **92066**<br><br>*Attorney for Debtor* | |

| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
|---|---|
| In re:<br><br>**Computer Giants, Incorporated** | CHAPTER __7__<br>CASE NUMBER |
| Debtor. | (No Hearing Required) |

## DECLARATION RE: LIMITED SCOPE OF APPEARANCE
## PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1

TO THE COURT, THE DEBTOR, THE TRUSTEE (if any), AND THE UNITED STATES TRUSTEE:

1.    I am the attorney for the Debtor in the above-captioned bankruptcy case.

2.    On *(specify date)* __September 2008__ , I agreed with the Debtor that for a fee of $ __5,000.00__ , I would provide only the following services:

    a.    ■    Prepare and file the Petition and Schedules

    b.    ■    Represent the Debtor at the 341(a) Hearing

    c.    ☐    Represent the Debtor in any relief from stay actions

    d.    ☐    Represent the Debtor in any proceeding involving an objection to Debtor's discharge pursuant to 11 U.S.C. § 727

    e.    ☐    Represent the Debtor in any proceeding to determine whether a specific debt is nondischargeable under 11 U.S.C. § 523

    f.    ☐    Other *(specify)*:

3.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on the following date at the city set forth in the upper left-hand corner of this page.

Dated:    **December 12, 2008**

I HEREBY APPROVE THE ABOVE:

*/s/ Ryan Ramos*
*Signature of Debtor*

**Law Offices of Jack Utter**
*Law Firm Name*

By:    */s/ Jack Utter*

Name:    **Jack Utter/92066**
*Attorney for Debtor*

---

Verification of Creditor Mailing List - (Rev. 10/05)                                    2005 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name       **Jack Utter 92066**

Address    **2020 Main Street Ste. 900 Irvine, CA 92614-8203**

Telephone  **(949) 955-9136 Fax: (949) 955-0306**

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years: **Computer Giants, Incorporated DBA CGP, LLC; DBA Storage Country; DBA Netwatch Services, Inc.; DBA Computergiants.com** | Case No.: |
| | Chapter:        **7** |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __**34**__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:   **December 12, 2008**

/s/ Ryan Ramos
Ryan Ramos/President
Signer/Title

Date:   **December 12, 2008**

/s/ Jack Utter
Signature of Attorney
**Jack Utter 92066
Law Offices of Jack Utter
2020 Main Street
Ste. 900
Irvine, CA 92614-8203
(949) 955-9136   Fax: (949) 955-0306**

Computer Giants, Incorporated
1030 Calle Sombra
Unit B
San Clemente, CA 92673

Jack Utter
Law Offices of Jack Utter
2020 Main Street
Ste. 900
Irvine, CA 92614-8203

5K-Solutions
969 East 84th Street
Brooklyn, NY 11236

A1 Fence Company
2831 E. La Cresta Ave.
Anaheim, CA 92806

Absolute Systems, LTD
4139 Centurion Way
Addison, TX 75001

ACC, Inc.
1500 Buckeye Drive
Milpitas, CA 95035

Access Computer Parts, Inc.
7745 Alabama Ave.
Ste. 9
Canoga Park, CA 91304

Action Wholesale Products, Inc.
1200 Edinger Ave.
Tustin, CA 92780

Adair Office Furniture
14021 E. Bolsa Lane
Cerritos, CA 90703


ADP Easypay Socal SBS E2
7000 Village Dr.
Buena Park, CA 90621


ADP Technologies
12881 Knott St.
Ste. 110
Garden Grove, CA 92841


ADT Security Services
P.O. Box 371967
Pittsburgh, PA 15250


Advanta Bank Corp.
P.O. Box 8088
Philadelphia, PA 19101


Allegiance Telecom, Inc.
4675 MacArthur Ct.
Ste. 200
Newport Beach, CA 92660


Alta Technologies, Inc.
3850 Annapolis Ln.
Ste. 100
Minneapolis, MN 55447


American Express
P.O. Box 53852
Phoenix, AZ 85072

American Express
P.O. Box 36001
Fort Lauderdale, FL 33336

Andrew Hughes, Esq.
1941 Ringwood Ave.
San Jose, CA 95131

Applied Computer Online Services
2901 Moorpark Ave.
No. 100
San Jose, CA 95128

ArbiTech
15330 Barranca Pkwy
Irvine, CA 92618

ARC Wireless Systems, Inc.
10601 W. 48th Ave.
1-70 Frontage Road North
Wheat Ridge, CO 80033

ASI Corporation - New Jersey Branch
120 Fieldcrest Ave.
Edison, NJ 08837

Asian Atlantic Industries
22 Marin Way
Stratham, NH 03885

Associated Financial
P.O. Box 4562
Burlingame, CA 94010

ATP Electronic Inc.
750 North Mary Ave.
Sunnyvale, CA 94085

Atradisu Collections
1200 Arlington Heights Rd.
Ste. 410
Itasca, IL 60143

Baac Office
59 Broadway Ave.
St. Catherine, Ontario, L2M 1M5
Canada

Bason Computer, Inc.
555 E. Easy St.
Simi Valley, CA 93065

Bell Micro Products
1941 Ringwood Ave.
San Jose, CA 95131

Beneficial Maintenance Service
26741 Portola Parkway
Ste. 1E
PMB413
Foothill Ranch, CA 92610

Best Business Phones
2208 S. Fairview St.
Santa Ana, CA 92704

Better Business Bureau
550 W. Orangethorpe Ave.
Placentia, CA 92870

Bewlwy Lassleben & Miller, LLP
13215 E. Penn St.
Ste. 510
Whittier, CA 90602

Blackwell's Air Conditioning
23011 Moulton Pkwy
Ste. B1
Laguna Hills, CA 92653

Board of Equalization
State of California
16715 Von Karman
Ste. 200
Irvine, CA 92606

Boldchat Support
1938 N. Woodlawn
Ste. 410
Wichita, KS 67208

Bravestorm, LLC
1445 N. Rock Road
Ste. 150
Wichita, KS 67206

BrokerBin
32 Seventh Ave. NE
Rochester, MN 55906

Brown & Joseph, LTD
P.O. Box 59838
Schaumburg, IL 60159

BTS Technology, Inc.
1 Ames Ct.
Ste. 103
Plainview, NY 11803

Business to Business Capital Corp.
33 North 1st St.
Ste. A
Campbell, CA 95008


Byrne & Nixon, LLP
800 W. Sixth St.
Ste. 430
Los Angeles, CA 90017


Cal Coast Web Design
27881 La Paz Rd.
No. G229
Laguna Niguel, CA 92677


California Workplace
1440 Brooks St.
Bldg. 4
Ontario, CA 91762


Canvas Systems
P.O. Box 116922
Atlanta, GA 30368


Car-O-Van
Moving & Storage
12375 Kerman St.
Poway, CA 92064


Carroll, Burdick & McDonough, LLP
Attn: Vicki L. Freimann
633 W. 5th Street
Ste. 5100
Los Angeles, CA 90071


Cassel Electric
6579 East Via Fresco
Anaheim, CA 92807

CBG Client Service
P.O. Box 140177
Irving, TX 75014

CDW
P.O. Box 75723
Chicago, IL 60675

Celigo, LLC
520 S. El Camino Real
Ste. 500
San Mateo, CA 94402

Central Industrial Supply Co.
14 W. Forest Ave
Englewood, NJ 07631

Centrics IT
5825 Peachtree Corners E
Bldg. A
Norcross, GA 30092

Chase Paymenttech Solutions, LLC
4 Northeastern Blvd.
Salem, NH 03079

Chubb Group of Insurance
P.O. Box 7777-1630
Philadelphia, PA 19175

CITI
P.O. Box 6077
Sioux Falls, SD 57117

Citibank
P.O. Box 9241
Uniondale, NY 11555

Citibank/AAdvantage Card
P.O. Box 6412
The Lakes, NV 88901

Classic Components
65 Air Park Dr.
Ronkonkoma, NY 11779

Classic Plan
P.O. Box 5146
Chino, CA 91708

Commercial & Industrial Design Co.
20 Odyssey
Irvine, CA 92618

Commercial Collection Consultants
16830 Ventura Blvd.
Ste. 620
Encino, CA 91436

Commercial Door of Orange County
1770 S. Boyd St.
Santa Ana, CA 92705

Commercial Investigations
6311 Van Nuys Blvd
Ste. 441
Van Nuys, CA 91401

CompuTech International
JP Morgan Chase
P.O. Box 35658
Newark, NJ 07193

Computer Drives, Inc.
470 Long Road
Ball Ground, GA 30107

Computer Networks
Phil Arnold
4005 S. Mendenhall Rd.
Ste. 18
Memphis, TN 38115

Computer Trading Post
P.O. Box 633
Park Ridge, IL 60068

Computerdrives, Inc.
470 Long Road
Ball Ground, GA 30107

Conacta - Andre Costa
394 Conservation Dr.
Fort Lauderdale, FL 33327

Condre, Inc.
P.O. Box 646
Excelsior, MN 55331

ConEdison
JAF Station
P.O. Box 1702
New York, NY 10116

Conexis
P.O. Box 6241
Orange, CA 92863

Cool Air Technologies
13681 Newport Blvd.
Ste. 8 PMB 180
Tustin, CA 92780

Corporate Liquidation Services
111 Coral Rose Rd.
Irvine, CA 92603

Cox Communications
P.O. Box 53280
Phoenix, AZ 85072

Creditor Adjustment Bureau
14226 Ventura Blvd.
Sherman Oaks, CA 91423

CRU Dataport
1000 SE Tech Center Dr.
Ste. 160
Vancouver, WA 98683

Cube King Office Furniture Discount
1950 Estelle Lane
Placentia, CA 92870

Cyber Marketing & Research, LLC
2001 E. Lake Mary Blvd.
Sanford, FL 32773

Cyber Source
P.O. Box 60000
San Francisco, CA 94160

D&D Refrigeration, Inc.
6558 Orange Ave.
Long Beach, CA 90805

D&P Data Systems Limited
15 Carnarvon Street
Manchester, M3 1 HJ
England

Dean Soukeras
1626 Rhode Ave.
Merrick, NY 11566

DebtAlert
305 Fellowship Rd.
Ste. 100
P.O. Box 5471
Mount Laurel, NJ 08054

Dell Financial Services
P.O. Box 5292
Carol Stream, IL 60197

Dell Financial Services
4307 Collection Center Dr.
Chicago, IL 60693

Design Trend
2973 Harbor Blvd.
Ste. 844
Costa Mesa, CA 92626

DFS Acceptance
P.O. Box 5292
Carol Stream, IL 60197

DHL Express
P.O. Box 60000
San Francisco, CA 94160

Digital Storage, Inc.
7611 Green Meadows Dr.
Lewis Center, OH 43035

Discount Technology
3636 5th Ave.
Ste. 100
San Diego, CA 92103

Disksource
10 Wedgewood Ct.
Wedgewood Way, Stevenage
Hertfordshire, UK SG1 4QR

Dunn & Bradstreet
P.O. Box 75434
Chicago, IL 60675

Duringer Law Group, PLC
Stephen C. Duringer, Esq.
160 S. Old Springs Rd.
Ste. 135
Anaheim, CA 92808

Edmond Public Schools
Disbursement Review Office
2410 W. Memorial Rd., Ste. C
Box No. 415
Oklahoma City, OK 73134

Electrograph Systems, Inc.
50 Marcus Blvd.
Hauppauge, NY 11788

ESISO
260 West Arrow Hwy
Ste. F
San Dimas, CA 91773

Etilize, Inc.
1730 Blake St.
Ste. 430
Denver, CO 80202

Euler Hermes UMA
369 Pine St.
Ste. 410
San Francisco, CA 94104

Ex Distribution, Inc.
165 State Street
Ste. A
Hackensack, NJ 07601

Eximtex Inc
8F-10, No. 14, Lane 609
Chung Hsin Road, sec. 5
San Chung, Taipei, Taiwan 241

Express Systems Peripherals
640 Herman Rd.
Bldg. 5
Jackson, NJ 08527

FedBid
8500 Leesburg Pike
Ste. 602
Vienna, VA 22182

FedEX Corporation
U.S. Collection Department
P.O. Box 371461
Pittsburgh, PA 15250

FedEx Freight System
4103 Collection Center Drive
Chicago, IL 60693

Fedex Revenue Recovery Dept.
P.O. Box 7221
Attn: Ms. Goodwin
Pasadena, CA 91109

Fiech, Piacente & Stano, LLP
Certified Public Accountants
199 Main Street
White Plains, NY 10601

FoxTec Corporation
200 Commerce Blvd.
Georgetown, TX 78626

G&W Technologies
Apartado 0818-00548
Zona 6 Bethania

GC Micro
3910 Cypress Drive
Petaluma, CA 94954

Great Lakes Computer
Dept. 78274
P.O. Box 78000
Detroit, MI 48278

Gregory Allen McNeel & Associates
390 B McGlincy Lane
Campbell, CA 95008


Helms & Greene, LLC
450 Seventh Ave.
Ste. 2107
New York, NY 10123


Horizon
One Rancho Circle
Lake Forest, CA 92630


Hyper Micro Systems
201 Hastings Drive
Buffalo Grove, IL 60089


ICG
P.O. Box 998
Whittier, CA 90608


ICS Main Warehouse
1740 Emerson Ave.
Oxnard, CA 93033


IES, LTD
885 Godwin Ave.
Midland Park, NJ 07432


Impact Comuters & Electronics
2021 Coolidge St.
Hollywood, FL 33020

Independent Group Agency, Inc.
15923 Ventura Blvd.
Ste. 216
Encino, CA 91436

Info-X Distribution
P.O. Box 36182
Newark, NJ 07188

Ingram Micro
1600 E. St. Andrew Place
P.O. Box 25125
Santa Ana, CA 92799

Intechra, LLC
P.O. Box 635498
Cincinnati, OH 45263

Intelligent Data
6910 Hayvenhurst
No. 103
Van Nuys, CA 91406

Irvine Printing
17155 Von Karman Ave.
Ste. 109
Irvine, CA 92614

IT-Xchange
9241 Globe Center Drive
Ste. 100
Morrisville, NC 27560

J.N. Construction
9938 Bolsa Ave.
No. 102
Westminster, CA 92683

Jaffe & Asher, LLP
Attn: Jeremy Kim
600 Third Avenue
New York, NY 10016


Jay S. Pines
185 Madison Ave.
10th FL
New York, NY 10016


Jonathan Neil & Associates, Inc.
18321 Ventura Blvd.
Ste. 1000
Tarzana, CA 91356


Junction Realty
3810 Junction Blvd.
Corona, NY 11368


Kellogg Family, LLC
14740 Cody Lane
Saratoga, CA 95070


Ken Kolanoski Heating & Air
1783 Panay Circle
Costa Mesa, CA 92626


Kieu's Direct Source, Inc.
8824 Shirley Avenue
Unit 10
Northridge, CA 91324


Kingston Technology
17600 Newhope Street
Fountain Valley, CA 92708

Kostelanetz & Fink
7 World Trade Center
New York, NY 10007


Lacie
P.O. Box 823231
Philadelphia, PA 19182


Lanthrop & Gage DC
Franklin Square, Ste. 1050 East
1300 Eye St. NW
Washington, DC 20005


Law Offices of Alan L. Brodkin
15500 B. Rockfield Blvd.
Irvine, CA 92618


Law Offices of Bleier & Cox, LLP
16130 Ventura Blvd.
Ste. 620
Encino, CA 91436


Law Offices of Charles Carey, APC
25910 Acero Street
Suite 360
Mission Viejo, CA 92691


Law Offices of Edwin B. Siegel
7445 Topanga Canyon
Ste. 201
Canoga Park, CA 91303


Law Offices of Siegel & Siegel
7445 Topanga Canyon Blvd.
Ste. 201
Canoga Park, CA 91303

LC Financial
P.O. Box 9246
Van Nuys, CA 91409

LogicLink
16634 Millikan Ave.
Irvine, CA 92606

Ma Labs
2075 N. Capitol Ave.
San Jose, CA 95132

Marlin Leasing
300 Fellowship Rd.
Mount Laurel, NJ 08054

Martcom USA, LLC
2121 Brittmoore Rd.
Ste. 2700
Houston, TX 77043

Mass Entertainment Digital
21562 Newland St.
Huntington Beach, CA 92646

McMaster-Carr
P.O. Box 7690
Chicago, IL 60680

Merrill Lynch & Co., Inc.
4 World Financial Center
250 Vessy Street
New York, NY 10080

MKB Technology
1983 Corporate Square
Longwood, FL 32750

Moore Wallace North America
114 Pacifica
Irvine, CA 92618

MSP Data Systems, Inc.
480 Lake Bennett Ct.
Longwood, FL 32750

MTC USA
17837 Rowland Street
Rowland Heights, CA 91748

National Industrial Supply, Inc.
1030 Calle Sombra
Unit B
San Clemente, CA 92673

National Messenger
16812 Millikan Ave.
Irvine, CA 92606

NEC Financial Services, LLC
24189 Network Place
Chicago, IL 60673

NEC Financial Services, LLC
1 Park 80 Plaza West
3rd FL
Saddle Brook, NJ 07663

NetCom USA
17155 Gilette Ave.
Irvine, CA 92614

Netsuite
2955 Campus Drive
Ste. 100
San Mateo, CA 94403

Network Commercial Service, Inc.
7445 Topanga Canyon Blvd.
Ste. 201
Canoga Park, CA 91303

New York State Insurance Fund
Worker's Compensation
P.O. Box 4788
Syracuse, NY 13221

Newport Exterminating
16661 Millikan Ave.
Irvine, CA 92606

North Shore Agency, Inc.
270 Spagnoli Rd.
Melville, NY 11747

Northern Computer Technologies
901 E. Cliff Rd.
Burnsville, MN 55337

NRK Distribution, Inc.
1011 Elmont Road
Valley Stream, NY 11580

NYC Department of Finance
P.O. Box 5070
Kingston, NY 12402

Ocean Electronics
280 Heritage Ave.
Unit G
Portsmouth, NH 03801

Olen Commercial Realty Property
7 Corporate Plaza
Newport Beach, CA 92660

Olshan, Grundman, Frome, Rosenzweig
Park Ave. Tower
65 East 55th Street
New York, NY 10022

Orange County Computer, Inc.
22672 Lambert St.
Ste. 612
Lake Forest, CA 92630

Origin Micro, Inc.
124 Heritage Ave.
Unit 8
Portsmouth, NH 03801

Oz Development, Inc.
115 Flanders Road
Ste. 130
Westborough, MA 01581

Paetec
P.O. Box 1283
Buffalo, NY 14240

PaeTec
Attn: Cash Applications
600 WillowBrook Office Park
Fairport, NY 14450

Pam's Delivery Service
National Messenger
16812 Millikan Ave.
Irvine, CA 92606

PaPa Construction
P.O. Box 569
Garden Grove, CA 92842

PayChex
Human Resources Services
1175 John St.
West Henrietta, NY 14586

Paykin, Mahon, Rooney & Krieg, LLP
185 Madison Ave.
10th Floor
New York, NY 10016

Pi Data Supplies, LLC
1161 Sandhill Ave.
Ste. C
Carson, CA 90746

Picoage Technologies, LLC
P.O. Box 876
Campbell, CA 95009

Pitney Bowes Meter
P.O. Box 856390
Louisville, KY 40285

Power Source
3901 Coconut Palm Dr.
Ste. 120
Tampa, FL 33619

Preferred Computer
9428 Eaton Ave.
Unit J
Chatsworth, CA 91311

Price Watch Corporation
P.O. Box 911407
Dallas, TX 75391

PriceGrabber.com
10940 Wilshire Blvd.
11th FL
Los Angeles, CA 90024

Professional Insurance Associates
15928 Ventura Blvd
No. 261
Encino, CA 91436

Pryor Cashman, LLP
410 Park Avenue
New York, NY 10002

Quality Aire
7245 Garden Grove Blvd.
Unit G
Garden Grove, CA 92841

Randall & Richards, Inc.
5151 E. Broadway Blvd.
No. 800
Tucson, AZ 85711

Rapid Tech
10130 SW Nimbus Ave.
No. D6
Portland, OR 97223

Richard J. Pinto, Esq.
28202 Cabot Road
Ste. 300
Laguna Niguel, CA 92677

Richmond North Associates
P.O. Box 963
4232 Ridge Lea Road
Buffalo, NY 14226

RMS
One Exchange Plaza
55 Broadway
Ste. 201
New York, NY 10006

Rose PC
5233 Chaplain Street
Oceanside, CA 92056

Rubber Stamp Champ
1320 Grand Ave.
No. 8
San Marcos, CA 92069

Safeguard Business Systems
P.O. Box 88043
Chicago, IL 60680

Sam's Club
P.O. Box 530942
Atlanta, GA 30353

San Diego Gas & Electric
P.O. Box 25111
Santa Ana, CA 92799

Savvis
13339 Collections Center Dr.
Chicago, IL 60693

SBC
Payment Center
Sacramento, CA 95887

Scott & Goldman
Atlanta Office
590 W. Crossville Rd.
Ste. 104
Roswell, GA 30075

Scott Hills
1919 Maple Ave. NO. 2
Costa Mesa, CA 92627

Scout Micro
32 Windemere Way
Woodbury, NY 11797

SD Peripherals
5142 Bolsa Ave.
Ste. 107
Huntington Beach, CA 92649

Security Services - WorldWide Alarm
27132-B Paseo Espada
Ste. 1201
San Juan Capistrano, CA 92653

Shields Law Office
Jeffry W. Shields, Esq.
1920 Main St.
Ste. 1080
Irvine, CA 92617


Sko Brenner American
P.O. Box 9320
Baldwin, NY 11510


SoCal Resellers
9837 Owensmouth Ave.
Ste. G
Chatsworth, CA 91311


Sombra Properties
28 Hamond
Ste. F
Irvine, CA 92618


Sombra Properties
28 Hammond
Ste. F
Irvine, CA 92618


Southern California Edison
Attn: Bankruptcy Dept.
P.O. Box 800
Rosemead, CA 91770


Southern California Gas Company
Attn; Bankruptcy Dept.
Centralized Correspondence
P.O. Box 3150
San Dimas, CA 91773


Spector & Bennett, APC
50 California St.
15th FL
San Francisco, CA 94111

Speedcom
48434 Milmont Dr.
Fremont, CA 94538

STA International
333 Earle Ovington Blvd.
Ste. 1025
P.O. Box 707
Uniondale, NY 11553

Staples Credit Plan
P.O. Box 689020
Des Moines, IA 50368

State Board of Equalization
P.O. Box 942879
Sacramento, CA 94279

State Farm Fire & Casualty Co.
6400 State Farm Drive
Rohnert Park, CA 94926

Steve's Sunshine Windows
1362 Walnut Ave.
Ste. 105
Tustin, CA 92780

Stratedgy Core Systems
2275 Research Blvd.
Ste. 500
Rockville, MD 20850

Synnex Technology, Inc.
P.O. Box 60000
San Francisco, CA 94160

Team AUS
Patrick Connors
5 Alexander Rd.
Billerica, MA 01821

Team Tek
7201 Lake Ellenor Dr.
Orlando, FL 32809

Tech Data Corporation
5301 Tech Data Drive
Clearwater, FL 33760

Tekserve
P.O. Box 1575
Lockbox 79
Minneapolis, MN 55480

Texas Discount
3812 Timms St.
Tyler, TX 75701

The Commercial Collection Corp.
34 Seymour St.
Tonawanda, NY 14150

The Kaplan Group
2250 King Court
Ste. 50
San Luis Obispo, CA 93401

The Storage Guy
22 MaMaccan Court
Sacramento, CA 95832

Ticon General Contractors
17500 Red Hill Ave.
Ste. 140
Irvine, CA 92614

Time Warner
P.O. Box 9227
Uniondale, NY 11555

Toshiba Business Solutions
9008 Research Drive
Irvine, CA 92618

Toshiba Financial Services
P.O. Box 31001-0271
Pasadena, CA 91110

Treadstone 77
P.O. Box A
New York, NY 10028

ULine
2200 S. Lakeside Drive
Waukegan, IL 60085

UniShippers
12235 Beach Blvd
Ste. 9
Stanton, CA 90680

United Health Care
Dept. CH 10151
Palatine, IL 60055

UPS
P.O. Box 7247-0244
Philadelphia, PA 19170

UPS
P.O. Box 894820
Los Angeles, CA 90189

UPS
P.O. Box 650580
Dallas, TX 75265

UPS Freight
P.O. Box 79755
Baltimore, MD 21279

Verizon Wireless
P.O. Box 9622
Mission Hills, CA 91346

Verizon Wireless
P.O. Box 15062
Albany, NY 12212

Versa Logic Corporation
3888 Steward Rd.
Eugene, CO 97402

Vibrant Technologies, Inc.
6031 Culligan Way
Minnetonka, MN 55345

Victoria Insurance
5915 Landerbrook Drive
Cleveland, OH 44124

Vinastar Corp.
11222 La Cienega Blvd.
Ste. 333
Inglewood, CA 90304

Virtual Graffiti, Inc.
9979 Muirlands Blvd.
Irvine, CA 92618

Voit Commercial Brokerage
2020 Main St.
Ste. 100
Irvine, CA 92614

Ware Disposal
P.O. Box 8206
Newport Beach, CA 92658

West Coast Computer Exchange
11285 White Rock Rd.
Rancho Cordova, CA 95742

Windsor Vineyards
9600 Bell Road
Windsor, CA 95492

WinTec
6755 Sycamore Dr.
Milpitas, CA 95035

World Data Products
121 Cheshire Lane
Ste. 100
Hopkins, MN 55305

XL Technology Consulting
375 Commerce Way
Ste. 105
Longwood, FL 32750

XO Communications
14242 Collections Center Drive
Chicago, IL 60693

Yellow Pages
BPLP
P.O. Box 3505
New York, NY 10008

Yellow Transportation, Inc.
P.O. Box 100299
Pasadena, CA 91189

Yosemite Waters
601 W. Valencia Dr.
Fullerton, CA 92832

Zip ZoomFly.com
39889 Eureka Dr.
Newark, CA 94560

## United States Bankruptcy Court
### Central District of California

In re __Computer Giants, Incorporated__     Case No. _____

            Debtor(s)     Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Computer Giants, Incorporated__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Dean A. Cohen**
**26871 La Amameda**
**No. 932**
**Mission Viejo, CA 92691**

**Dean Soukcras**
**1626 Rhode Ave.**
**Merrick, NY 11566**

**Justin Briggs**

**Justin Briggs**

**Ryan Ramos**
**C/O Jack Utter, Esq.**
**2020 Main Street**
**Ste. 900**
**Irvine, CA 92614**

**Vivian Chung**

☐ None [*Check if applicable*]

**December 12, 2008**
Date

/s/ Jack Utter
**Jack Utter 92066**
Signature of Attorney or Litigant
Counsel for   **Computer Giants, Incorporated**
**Law Offices of Jack Utter**
**2020 Main Street**
**Ste. 900**
**Irvine, CA 92614-8203**
**(949) 955-9136 Fax:(949) 955-0306**
**jack@jackutterlaw.com**