# UNITED STATES BANKRUPTCY COURT
## <u>CENTRAL</u> DISTRICT OF <u>CALIFORNIA</u>
## _____ DIVISION

In re   <u>Computer Giants Incorporated</u>

Case No. 8:08-bk-18470
Chapter 7

**FILED**
**DEC 2 4 2008**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

<u>Computer Giants Incorporated</u> / Debtor

## STATEMENT REGARDING CORPORATE RESOLUTION

The undersigned <u>Ryan Ramos</u> is <u>CEO</u> of <u>Computer Giants Incorporated</u>, a <u>California</u> corporation. On <u>12-16-08</u> the following resolution was duly adopted by the <u>Board of Directors</u> of this corporation.

"WHEREAS, it is in the best interests of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter <u>7</u> of Title 11 of the United States Code:

"NOW, THEREFORE, BE IT RESOLVED, that <u>Ryan Ramos</u>, <u>CEO</u> of this corporation, be and hereby is, authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter <u>7</u> voluntary bankruptcy case in the United States Bankruptcy Court on behalf of the corporation; and

"BE IT FURTHER RESOLVED, that <u>Ryan Ramos</u>, <u>CEO</u> of this corporation, be and hereby is, authorized and directed to appear in all such bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform any and all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with said bankruptcy proceedings; and

"BE IT FURTHER RESOLVED, that <u>Ryan Ramos</u>, <u>CEO</u> of this corporation, be and hereby is, authorized and directed to employ <u>Jack Utter</u>, Attorney and the law firm of <u>Law Offices of Jack Utter</u>, to represent the corporation in said bankruptcy proceedings."

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, <u>Ryan Ramos</u>, <u>CEO</u> of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing resolution and it is true and correct to the best of my knowledge, information, and belief.

Date   <u>12-16-08</u>         Signature  _____

**ORIGINAL**

Official Form 1
6/90

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation] [*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing [list *or* schedule *or* amendment *or* other document (describe)] and that it is true and correct to the best of my information and belief.

Date 12/16/08

Signature _____

Ryan Ramos   C.E.O
(Print Name and Title)